448 A.2d 1157

Commonwealth v. Evertsz, Appellant.

Submitted March 17, 1981. Thomas D. Heberle, for appellant; Paul J. Susko, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTEMURO, JJ.

Judgment of sentence affirmed.